[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-10006
Non-Argument Calendar

_____

D.C. Docket No. 1:15-cr-20529-JAL-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DEQUENTIN THOMAS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(August 14, 2018)

Before ED CARNES, Chief Judge, WILSON and JORDAN, Circuit Judges.

PER CURIAM:

Alvin Entin, appointed counsel for Dequentin Thomas in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, counsel's request to appoint alternate counsel is **DENIED** as moot, and Thomas's convictions and sentences are **AFFIRMED**.